UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**UNITED STATES OF AMERICA**

**V.**                  **CRIMINAL NO. 3:08-CR-0039 TSL JCS**

**JIMMY LEWIS WHITE**

## ORDER OF DISMISSAL OF COUNTS 1 AND 2

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1 and 2 of the Indictment against defendant Jimmy Lewis White without prejudice.

                                       STAN HARRIS
                                       Acting United States Attorney

                                       /s/Dave Fulcher
                     By:    DAVE FULCHER
                                         Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 1 and 2 as to defendant Jimmy Lewis White.

SO ORDERED, this the 18th day of May, 2009.

                                       /s/Tom S. Lee
                                       HONORABLE TOM S. LEE
                                       UNITED STATES DISTRICT JUDGE